IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-CR-30133-SMY |
| ) | |
| ERIC NUNLEY, ) | |
| ) | |
| Defendant. ) | |

## AMENDED
## ORDER GRANTING APPLICATION FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an Order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of Eric Nunley, DOB: 7/XX/1991, in the United States District Court at East St. Louis, Illinois, on the 29th day of August, 2018, at the hour of 10:30 a.m.

IT IS SO ORDERED.

DATED this 27th day of August, 2018.

*s//Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge